■■■ In the Matter of TABETHA K. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMIE

K., Appellant. [836 NYS2d 482]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered April 10, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent and transferred custody and guardianship of the children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.